# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139565(31)(32)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

ROBERT LAMONTE WALKER,
     Defendant-Appellee.

SC: 139565
COA: 293208
Genesee CC: 89-042246-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's September 16, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.  The motion to remand is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2010

_____
Clerk

d0324